IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CEVA ANIMAL HEALTH, LLC**, | ) |
| | ) Case No: 2:24-cv-02130-EFM-ADM |
| Plaintiff, | ) |
| | ) Hon. Eric F. Melgren |
| v. | ) |
| | ) Magistrate Judge Angel D. Mitchell |
| **MUSTANG FLIERS, INC.**, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND
<u>PERMANENT INJUNCTIVE RELIEF</u>**

Plaintiff Ceva Animal Health, LLC ("Ceva") respectfully requests that the Court enter the attached Proposed Judgment on Default and Permanent Injunction that would grant default judgment and permanent injunctive relief against Defendant Mustang Fliers, Inc. ("Defendant"), enjoin Defendant from continuing to sell infringing Ceva products or using Ceva's trademarks, and require Defendant to return or destroy infringing Ceva products that are in its possession, custody, or control.

As explained in Ceva's concurrently filed Brief, the Court should grant this motion because Defendant has defaulted, and the Clerk has entered default. Moreover, Ceva has stated valid claims and requires a default judgment and injunction to stop Defendant's continuing sales of infringing Ceva-branded goods on its Amazon and eBay storefronts. Ceva's proposed default judgment does not include an award of damages and requests only the issuance of a permanent injunction that would prohibit Defendant from selling infringing products using Ceva's trademarks.[1]

---

[1] The Court recently granted a similar motion against an unauthorized online reseller of Ceva products, *see Ceva Animal Health, LLC v. Leetronics Corp.*, No. 2:23-cv-02081-HLT-KGG, 2023 U.S. Dist. LEXIS 104747 (D. Kan. June 16, 2023). A courtesy copy of that order is attached hereto as Exhibit A for the convenience of the Court.

Dated:  July 15, 2024

Respectfully submitted,

*s/ Sean W. Colligan*
Sean W. Colligan, Kan. Bar  # 25727
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Tel: (816) 691-3384
sean.colligan@stinson.com

Martha Brewer Motley (PHV, OH Bar No. 0083788)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215
Telephone:  (614) 464-5626
Email:  mbmotley@vorys.com

Stephan P. Laboy (PHV, OH Bar No. 103584)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-6403
Email:  splaboy@vorys.com

**Attorneys for Plaintiff Ceva Animal Health, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I filed the above and foregoing via this Court's CM/ECF System and also served a copy via electronic mail on the following:

Paul Butler
2023 Evergreen Way SW,
McChord Air Force Base, WA 98439
ontheroadpaul@aol.com

*Pro Se*

/s/ *Sean W. Colligan*
*Attorney for Plaintiff*