IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CEVA ANIMAL HEALTH, LLC**, | ) |
| | ) Case No: 2:24-cv-02130-EFM-ADM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MUSTANG FLIERS, INC.**, et al., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT ON DEFAULT AND PERMANENT INJUNCTION

Having considered the Motion for Default Judgment ("Motion") filed by Plaintiff Ceva Animal Health, LLC ("Plaintiff") against Defendant Mustang Fliers, Inc. ("Mustang" or "Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

Plaintiff's Motion is GRANTED.

1. Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in this matter against Defendant on Plaintiff's claims for trademark infringement in violation of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a) (Count I of the complaint); unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A) (Count II); common law trademark infringement (Count III); common law unfair competition (Count IV); and tortious interference with existing contracts and business relationships (Count V).

2. This Judgment also constitutes a permanent injunction. *See* 15 U.S.C. § 1116(a). The injunctive relief provisions of this judgment apply to Defendant as well as Defendant's agents, owners, servants, employees, and all persons or entities in active concert or participation with Defendant (collectively, the "Enjoined Parties").

3. Plaintiff has valid and subsisting trademarks. These trademarks include, but are not limited to: FELIWAY® (U.S. Trademark Registration Nos. 5,314,421; 2,189,709), ADAPTIL® (U.S. Trademark Registration Nos. 5,319,655; 4,004,586), VECTRA 3D® (U.S. Trademark Registration No. 3,571,569), CATEGO® (U.S. Trademark Registration No. 5,157,641), DOUXO® (U.S. Trademark Registration No. 3,297,625), THUNDERWORKS® (U.S. Trademark Registration No. 4,704,258), THUNDERSHIRT® (U.S. Trademark Registration No. 4,277,385), THUNDEREASE® (U.S. Trademark Registration No. 5,346,433), THUNDERWUNDERS (U.S. Trademark Registration No. 5,712,741), and THUNDERLEASH® (U.S. Trademark Registration No. 4,456,484) (collectively, the "Ceva Trademarks").

4. The Enjoined Parties are prohibited from:

(a) Advertising or selling all Ceva products or any products bearing the Ceva Trademarks through **any storefront** on www.amazon.com ("Amazon") or www.ebay.com (eBay), including, **but not limited to**, the Amazon storefront that is currently called "Eclipse Services" and has an Amazon Merchant ID number of A28W13DUN6F4KT and the eBay storefront that is currently called "Mustang Fliers" and can be accessed at https://www.ebay.com/str/mustangfliers;

(b) Advertising or selling, **through any medium** (including **all Internet and non-Internet channels**), all Ceva products or any products bearing the Ceva Trademarks;

(c) Importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, advertising, promoting, or displaying any and all Ceva products as well as any products bearing any of the Ceva Trademarks; and

    (d)    Disposing of, destroying, altering, moving, removing, concealing, or tampering with any records related to any products sold by them which contain the Ceva Trademarks including: invoices, correspondence with vendors and distributors, bank records, account books, financial statements, purchase contracts, sales receipts, and any other records that would reflect the source of the products that Defendants have sold bearing these trademarks.

5.    The Enjoined Parties must also destroy or return to Ceva all Ceva products or products bearing the Ceva Trademarks that are in the Enjoined Parties' possession, custody, or control.

6.    Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this Order is binding upon the following persons who receive actual notice of it: Defendant, Defendant's officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Defendant or Defendant's officers, agents, servants, employees, and attorneys.

7.    This Court shall retain jurisdiction of this matter in law and in equity for the purpose of enforcing and/or adjudicating claims in violation of this Judgment and Permanent Injunction. Any such matters shall be raised by noticed motion.

8.    Ceva's claims against John Does 1-10 are dismissed without prejudice.

9.    Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Date: July 22, 2024

*Eric F. Melgren*
Eric F. Melgren
United States District Court Chief Judge